IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM CHRISTOPHER GRILL,

      Appellant,

  v.

Case No.  5D21-2517
LT Case No. 05-2016-CA-050230

SOUTHERN OWNERS INSURANCE
COMPANY,

      Appellee.
_____/

Decision filed September 20, 2022

Appeal from the Circuit Court
for Brevard County,
George Paulk, Judge.

Todd L. Wallen, of Wallen|Kelley,
Coral Gables, and Michael R. Kirby,
of High Stack Gordon Kirby,
Melbourne, for Appellant.

Patricia D. Crauwels, of Eastmore
Crauwels & DuBose, P.A., Sarasota,
for Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, TRAVER and WOZNIAK, JJ., concur.